## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Twana L

Printed: 11/18/08

Case Number:  07 B 19437
Judge:  Hollis, Pamela S
Filed:  10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 8, 2008
Confirmed:  January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,220.00 |  |
| Secured: |  | 1,902.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 307.29 |
| Other Funds: |  | 10.65 |
| Totals: | 5,220.00 | 5,220.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | Fifth Third Bank | Secured | 17,065.86 | 1,849.55 |
| 6. | HomEq Servicing Corp | Secured | 25,651.24 | 52.51 |
| 7. | Specialized Loan Servicing LLC | Secured | 4,864.74 | 0.00 |
| 8. | Specialized Loan Servicing LLC | Secured | 4,864.74 | 0.00 |
| 9. | Internal Revenue Service | Priority | 2,393.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 144.95 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 92.22 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 265.98 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 579.75 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,922.48 | $ 4,902.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 153.80 |
| 6.5% | 153.49 |
|  | $ 307.29 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Twana L

Printed: 11/18/08

Case Number:  07 B 19437

Judge:  Hollis, Pamela S

Filed:  10/19/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

